UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY JACKSON,

    Plaintiff,                                Case No. 1:12-cv-489

v.                                      HON. JANET T. NEFF

JAMES ROBERT REDFORD,

    Defendant.
_____/

## ORDER

This is a civil rights action filed pursuant to 42 U.S.C. § 1983. On May 24, 2012, the Magistrate Judge filed a Report and Recommendation (Dkt 5), recommending that the action be dismissed for failure to state a claim upon which relief may be granted. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS ORDERED** that the Report and Recommendation (Dkt 5) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Date: June 20, 2012                                    /s/ Janet T. Neff
                                                        JANET T. NEFF
                                                        United States District Judge